

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**FILED**

NOV – 2 2009

CLERK. U.S. DISTRICT COURT
NORFOLK, VA

In the matter of the Complaint of
VULCAN MATERIALS COMPANY,
owner of the Tug WILLIAM E. POLLE, for
Exoneration from or Limitation of Liability.

Civil Action No. 2:08cv377

## ORDER

On October 26, 2009, just over one week before the scheduled November 3, 2009 opening of a three-day bench trial in this matter, and several days after the October 23, 2009 final pre-trial conference, Claimant Cassita Massiah filed a Motion for Jury Trial. Doc. 73. Although the motion raises various legal arguments in favor of allowing the trial to proceed by jury, it offers no explanation for Claimant's failure to raise this issue at an earlier stage in the proceedings. This omission is particularly glaring because Claimant has known since at least March 16, 2009, when the Court entered a Rule 16(b) Scheduling Order, that this matter would be tried by judge rather than by jury. See Doc. 28 ("Trial by jury has not been demanded. Proposed findings of fact and conclusions of law shall be delivered to the clerk on or before October 27, 2009."). Rather than inconvenience the remaining parties by granting this request just as they are filing their proposed findings of fact and conclusions of law in preparation for a bench trial, the Court declines to entertain this untimely motion. Claimant's Motion for Jury Trial is therefore **DENIED**.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

1

Henry Coke Morgan, Jr.
Senior United States District Judge

_____
*HENRY COKE MORGAN, JR.*
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

Date: 11/2/09

2